# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-4947

———————————————

S.J.S.,

    Appellant,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

March 1, 2019

PER CURIAM.

    AFFIRMED.

WETHERELL, RAY, and WINSOR, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Ryan Thomas Truskoski, Ryan Thomas Trukoski, PA, Orlando, for Appellant.

Sarah Rumph, Children's Legal Services, Tallahassee, for Appellee.